UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

WHOLESOME SWEETENERS, INCORPORATED,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 1:21-cv-2400 (JMF)

Plaintiffs and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear his/its own fees and costs.

Dated: April 16, 2021
New York, New York

_____
Michael A. LaBollita (ML-9985)
Jeffrey M. Gottlieb (JG-7905)
Dana L. Gottlieb (DG-6151)
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: 212.228.9795
Fax: 212.982.6284
Michael@Gottlieb.legal
Jeffrey@gottlieb.legal
Dana@Gottlieb.legal

*Attorneys for Plaintiffs*

_____
Toby Futter
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
tobyfutter@quinnemanuel.com
Tel: (917) 765-1907

*Attorneys for Defendant*

All motions are moot. All conferences are canceled. The Clerk of Court is directed to close this case. SO ORDERED.

April 19, 2021